KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL VAN HORN, ) <br>   aka JW, aka gl0v3, aka sl4pp3r, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05-00710-RMW <br><br> STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Daniel Van Horn, by and through his counsel of record, Ray Perini, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 27, 2006 at 9:00 a.m.

2. The defense requests further time to review and address sentencing issues. Additionally, defense counsel is presently preparing for and commences a four-week murder trial in New York starting March 1, 2006 and needs further time to prepare.

3. The parties do not oppose this request for further time to prepare the Presentence Report. The probation officer has been advised of this request and does not oppose the continuance.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR05-00710-RMW

1     For the foregoing reasons, and that the ends of justice are served by continuing this case, the
2 parties stipulate and request to a continuance of the sentencing hearing from February 27, 2006 at
3 9:00 a.m. to May 8, 2006 at 9:00 a.m., or the next available date.

4     IT IS SO STIPULATED.

5 Dated: February 3, 2006                          KEVIN V. RYAN
                                                            United States Attorney

7                                                             /S/
8                                            _____
                                           MARK L. KROTOSKI
                                           Assistant United States Attorney

9 Dated: February 3, 2006
10                                                             /S/

11                                            _____
                                           RAYMOND G. PERINI
                                           Attorney for Defendant

13     IT IS SO ORDERED.

14 Upon good cause shown, the sentencing hearing is continued from February 27, 2006 at 9:00 a.m. to May 8, 2006 at 9:00 a.m.

15 Dated: February 6 , 2006

17                                        /s/ Ronald M. Whyte
                                       RONALD M. WHYTE
                                       United States District Judge

19 Distribute To:

21 Raymond G. Perini
Perini & Hoerger
1770 Motor Parkway, Ste 300
22 Hauppauge, NY 11749
FAX: 631-232-2344

24 Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
25 San Jose, CA 95113

26 J.D. Woods
U.S. Probation Officer
27 280 South First Street
San Jose, CA 95113