1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 2/23/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 05-00710 RMW |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DANIEL VAN HORN, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement filed on November 15, 2005, wherein the defendant's admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Daniel Van Horn shall forfeit to the United States all of his right, title and interest in the following property pursuant to Title 17, United States Code, Sections 506(b) and 509(a):

   A. WINBOOK LAPTOP, serial number L1140118, WITH D-LINK WIRELESS ADAPTER

   B. SEAGATE U SERIES 5 AV 40GB, serial number  5ES00XBN

   C. SEAGATE U SERIES 5, serial number  5DB1ZP8W

   D. ONE CPU, NO serial number

   E. SPINDLE OF CDs (2)

   F. "HEY DAN - WHATSNEW.TEXT MEMO"

   G. DIGITAL VIDEO CREATOR DVC 150

   H. PRINTOUT FROM CHEATPLANT.COM DATED 2/24/05 - 3PM

   I. IPOD IN CASE, serial number 4U444ZYMPS9

   J. ONE HP PAVILLION CPU, serial number  MXM4290FZ1

   K. FOUR CDs

   L. PDA, serial number  00U3VBN310CT, (ZIRE 71 PALM)

  IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

  IT IS SO ORDERED this   22   day of   February     2006.


               /s/ Ronald M. Whyte
               RONALD M. WHYTE
               United States District Judge